# Exhibit 1 - Arapaho-Searle; Best and Final Offer

From: John Lohr Jr <jll@hgplaw.com>
Sent: Tuesday, January 2, 2024 8:46 AM
To: Braddock, Cory <cbraddock@swlaw.com>
Cc: Jackson Hendrix <JHendrix@hgplaw.com>
Subject: RE: ARAPAHO-SEARLE; BEST AND FINAL OFFER

**[EXTERNAL]** jll@hgplaw.com

Cory

Good morning.
As we did not hear back, we will need to move forward with the eviction.
Thank you.




Message saved as draft.