UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Christine M. Searle , ; | **Defendant(s):** John M. Allen ("Allen") In his individual and official capacity, as the Treasurer of Maricopa County , ; Arapaho LLC , ; American Pride Properties, LLC , ; John Doe, Jane Doe, Black Corporations, White Partnerships, and Green Limited Liability Companies , ; |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): **William Trachman ,** Mountain States Legal Foundattion 2596 South Lewis Way Lakewood, CO  80227 3038877284 | Defendant's Atty(s): , , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

**II. Basis of Jurisdiction:**   **3. Federal Question (U.S. not a party)**

**III. Citizenship of Principal Parties(Diversity Cases Only)**

Plaintiff:-   N/A

Defendant:-   N/A

**IV. Origin :**   **1. Original Proceeding**

**V. Nature of Suit:**   **440 Other Civil Rights**

**VI.Cause of Action:**   Takings action under Fifth and Fourteenth Amendment and 42 U.S.C. 1983; Excessive fines action under Eighth Amendment; Supplemental State Law Claims; Injunction Sought to Prevent Unconstitutional Deprivation of Home, and in the alternative, just compensation

**VII. Requested in Complaint**

Class Action:   Yes

Dollar Demand:   $460,000, Injunction

Jury Demand:   Yes

**VIII. This case is not related** to another case.

**Signature:** William E. Trachman

**Date:** 01/04/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014