# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine M Searle,<br><br>    Plaintiff,<br><br>v.<br><br>John M Allen, et al.,<br><br>    Defendants. | **NO. CV-24-00025-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). Partial Judgment is hereby entered in favor of Defendant Kris Mayes.

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

March 28, 2024

                               By    s/ K. Gray
                                    Deputy Clerk