# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine M Searle,<br><br>          Plaintiff,<br><br>v.<br><br>John M Allen, et al.,<br><br>          Defendants. | NO. CV-24-00025-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 16, 2024, judgment of dismissal is entered in favor of Defendants. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

July 16, 2024

By   s/ Rebecca Kobza
     Deputy Clerk