**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Arizona

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-00025-JJT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: January 5, 2024

Date of judgment or order you are appealing: July 16, 2024

Docket entry number of judgment or order you are appealing: 71

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ⦿ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Christine M Searle

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ William E. Trachman          **Date** July 16, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                  Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> Christine M Searle

Name(s) of counsel (if any):
> William E. Trachman

Address: 2596 South Lewis Way Lakewood, Colorado 80227

Telephone number(s): 303-292-2021

Email(s): wtrachman@mslegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> John M Allen and County of Maricopa

Name(s) of counsel (if any):
> Kim Miles and Katherine Lane Kane

Address: 225 W Madison St. Phoenix, AZ 85003

Telephone number(s): 602-506-8541

Email(s): milesk@mcao.maricopa.gov  katherine.kane@mcao.maricopa.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Christine M Searle

Name(s) of counsel (if any):
Veronica Lucero

Address: 4105 N 20th St., Ste. 110 Phoenix, AZ 85016
Telephone number(s): 602-730-2985
Email(s): vlucero@davillierlawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Arapaho LLC and American Pride Properties LLC

Name(s) of counsel (if any):
Jackson Dean Hendrix and John Lee Lohr , Jr.

Address: 8706 E Manzanita Dr., Ste. 100 Scottsdale, AZ 85258
Telephone number(s): 480-991-9077
Email(s): minute@hgplaw.com jhendrix@hgplaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                              New 12/01/2018